IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>Plaintiff,<br><br>vs.<br><br>KC UNIT 1 LLC, KC UNIT 3 LLC, KC UNIT 4 LLC, METZO LLC, LJS HOLDINGS LLC, SPLASH REALTY LLC, ABRAM MORALES, and ROSAURA MORALES,<br><br>Defendants. | 8:18CV524<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Stipulation for Dismissal ([Filing No. 38](#)).

Upon review,

**IT IS ORDERED** that the Stipulation is approved. The above-captioned case is dismissed with prejudice, with each party to pay its own attorney's fees and costs. Judgment will be entered by separate document.

Dated this 25th day of November, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge